**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN SHAMRO,<br><br>Petitioner,<br><br>vs.<br><br>PENNSYLVANIA PAROLE BOARD, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-00608<br><br>Chief United States District Judge Cathy Bissoon<br><br>United States Magistrate Judge Christopher B. Brown |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 15, 2026, former Magistrate Judge Maureen P. Kelly[1] issued a Report ("R&R," Doc. 23) recommending that the Court deny as moot John Shamro's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 9), because Petitioner was granted parole and released on April 11, 2025. The R&R further recommends that the Court deny a certificate of appealability.

Objections to the R&R were due no later than July 2, 2026 (Doc. 23), but no objections were filed. After a review of the Petition, together with the R&R, it is hereby ORDERED that Judge Kelly's Report and Recommendation (Doc. 23) is ADOPTED as the opinion of the district court.

[1] Pursuant to Administrative Order No. 2026-27 (Doc. 78 at Case No. 2:24-mc-10001), this case was reassigned to Judge Brown upon Judge Kelly's retirement. *See* Doc. 24.

IT IS FURTHER ORDERED that the Amended Petition is DISMISSED as moot.

A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner desires to appeal from this Order, he must do so within thirty days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

This action shall be marked CLOSED.

IT IS SO ORDERED.

November 18, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via Electronic Filing):

Counsel of Record

cc (via U.S. Mail at
address of record):

JOHN SHAMRO
QP0877
SCI MERCER
801 BUTLER PIKE
MERCER, PA 16137
PRO SE